## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
STEVEN AVILA                                          )
1395 Larchmont Drive                                  )
Englewood, FL 34223                                   )
                                                      )
    Plaintiff,                     )
                                                      )
    v.                             )
                                                      )
MEDSTAR-GEORGETOWN MEDICAL      )          Case No. 15-cv-2012
CENTER, INC., D/B/A GEORGETOWN       )
UNIVERSITY HOSPITAL                           )          **JURY TRIAL DEMANDED**
3800 Reservoir Road NW                          )
Washington, DC 20007                             )
                                                      )
    and                            )
                                                      )
MEDSTAR HEALTH, INC. D/B/A             )
MEDSTAR-GEORGETOWN MEDICAL      )
CENTER, INC D/B/A GEORGETOWN        )
UNIVERSITY HOSPITAL                           )
CT Corporation                                       )
1015 15th Street, NW, Suite 1000                )
Washington, DC 20005                             )
                                                      )
    and                            )
                                                      )
IVICA DUCIC, M.D.                                  )
Plastic Surgery, Nerve & Headache            )
Institute                                               )
7601 Lewinsville Road                             )
McLean, Virginia 22102                           )
                                                      )
    Defendants.                   )
_____)

## COMPLAINT

    Plaintiff Steven Avila, individually ("Plaintiff"), by and through undersigned counsel,

bring this action against defendants MedStar-Georgetown Medical Center, Inc. d/b/a

Georgetown University Hospital ("Georgetown University Hospital"), MedStar Health, Inc. d/b/a MedStar-Georgetown Medical Center, Inc., d/b/a Georgetown University Hospital ("MedStar Health"), and   Ivica Ducic, M.D. ("Dr. Ducic") (collectively, "Defendants"), to recover for losses suffered as a result of Defendants' negligence that rendered Mr. Avila totally disabled, and in support of their complaint allege as follows:

## JURISDICTION AND VENUE

1.      Plaintiff Steven Avila, individually, [hereinafter referred to as Plaintiff] is a resident and domiciliary of the State of Florida. He resides at 1395 Larchmont Drive Englewood, Florida 34223.

2.      At all times relevant hereto defendant MedStar-Georgetown Medical Center, Inc. d/b/a Georgetown University Hospital (hereinafter "Georgetown University Hospital") was a medical corporation in the business of providing health care services, through its employees, servants and real and/or ostensible agents, to those in need thereof in the District of Columbia, including the plaintiff Steven Avila.

3.      At all times relevant hereto defendant MedStar Health, Inc. d/b/a MedStar-Georgetown Medical Center, Inc., d/b/a Georgetown University Hospital (hereinafter "MedStar Health"), was a medical corporation in the business of providing health care services, through its employees, servants and real and/or ostensible agents, to persons in need thereof in the District of Columbia, including the plaintiff Steven Avila.

4.      At all times relevant hereto defendant Ivica Ducic, M.D. was a physician practicing in the specialty of plastic surgery and neurosurgery, and at all times relevant hereto was duly licensed in the District of Columbia to provide health care services to persons in need

2

thereof, including the plaintiff Steven Avila.   At all times relevant herein, Dr. Ducic was a professor in the Department of Plastic Surgery and Neurosurgery at defendant Georgetown University Hospital and an employee, servant and/or real and/or ostensible agent of defendants Georgetown University Hospital and MedStar Health.

5.     All acts and/or omissions relating to Plaintiff's claims against Defendants Georgetown University Hospital, MedStar Health, and Ivica Ducic, M.D. took place within the District of Columbia.

6.     Pursuant to 28 U.S.C. Section 1391(a)(2), the proper venue for this action is Washington, District of Columbia, as a substantial part of the events or omissions giving rise to the claims against the Defendant occurred in the District of Columbia.

7.     The matter in controversy exceeds the sum of $75,000.   The plaintiff Steven Avila was a patient under the defendants' care.   Defendant Dr. Ducic performed an occipital neurectomy on Mr. Avila after being advised that the operation would probably relieve his headaches.   Instead, after the surgery, Mr. Avila was left with severe, untreatable, and disabling pain that had been much worse than the pain prior to the time of surgery.

Today, Steven Avila is totally disabled as a result of this pain and unable to work. These damages were proximately caused by the occipital neurectomy that Dr. Ducic performed on April 10, 2013.

8.     As the matter in controversy exceeds the sum of $75,000, and the Plaintiff and Defendant are diverse as set forth in 28 U.S.C. Section 1332, and venue is proper in the District of Columbia, this Honorable Court has diversity jurisdiction pursuant to 28 U.S.C. Section 1332 with respect to this action.

9.      Notice was appropriately given to the Defendant Georgetown University Hospital on November 17, 2014, Defendant Ivica Ducic, M.D. on November 19, 2014 and the Defendant MedStar Health on November 14, 2014, more than ninety (90) days prior to the filing of this Complaint, in compliance with D.C. Code Section 16-2802.

## FACTUAL BACKGROUND

10.     On or about April 10, 2013, Ivica Ducic, M.D. performed an occipital neurectomy on Steven Avila.

11.     Steven Avila had been advised prior to the operation that the operation would probably relieve his headaches.

12.     After the surgery, Steven Avila was left with severe, untreatable, and disabling pain that has been much worse than the pain prior to the time of surgery.

13.     Steven Avila is now totally disabled as a result of this pain and unable to work.

## MEDICAL NEGLIGENCE

14.     The allegations of paragraphs 1 through 13 are hereby re-alleged as though fully set forth herein.

15.     At all times relevant hereto, defendant Ivica Ducic, M.D., and defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., provided medical treatment to the plaintiff.

16.     At all times relevant hereto, defendant Ivica Ducic, M.D., and defendants Georgetown University Hospital and MedStar Health, acting through their respective employees,

4

servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., owed the plaintiff a duty of care in accordance with applicable national standards of care.

17.    At all times relevant hereto, defendant Ivica Ducic, M.D., and defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., breached their duties to the plaintiff and applicable standards of care by, *inter alia:*

    a.    Upon information and belief, negligently, intentionally, and willfully failing to inform the plaintiff of the substantial risk that he could suffer permanent, disabling, untreatable pain;

    b.    Upon information and belief, knowing that a substantial percentage of patients have such a result;

    c.    Upon information and belief, publishing literature that presented results different from his underlying data to attract potential patients throughout the United States;

    d.    Negligence, gross negligence, and reckless and willful misconduct in performing an occipital neurectomy.

    e.    Defendants Georgetown University Hospital, MedStar Health, and Ivica Ducic, M.D. were otherwise negligent.

18.    As a direct and proximate result of the aforesaid negligence and failure to provide appropriate informed consent, Steven Avila is now left with severe, untreatable, and disabling pain.  He is now totally disabled as a result of this pain and unable to work.

19.   Plaintiff Steven Avila, has suffered damages that are recognized under the District of Columbia law pertaining to medical malpractice actions.   Those damages include, but are not limited to, past, present and future medical and hospital bills; emotional distress; and such other damages as are recognized under District of Columbia Law pertaining to medical malpractice actions.   Plaintiff Steven Avila has incurred, and will continue to incur, great sums of money for the medical care that he will require for the remainder of his life.

20.   Additionally, in this case, punitive damages are warranted because the care and treatment by the Defendant Ivica Ducic was grossly negligent, and demonstrated willful and reckless indifference to the health and welfare of Plaintiff Steven Avila.

21.   WHEREFORE, Plaintiff Steven Avila demands judgment against Defendants Ivica Ducic, M.D., MedStar-Georgetown Medical Center, Inc. d/b/a Georgetown University Hospital, and MedStar Health, Inc. d/b/a MedStar-Georgetown Medical Center, Inc., d/b/a Georgetown University Hospital for compensatory damages in this medical malpractice action in the full amount of $50,000,000, plus interest and costs incurred and for punitive damages against defendant Ivica Ducic in this medical malpractice action in the full amount of $20,000,000, plus interest and costs incurred.

## NEGLIGENCE

22.   The allegations of paragraphs 1 through 21 are hereby re-alleged as though fully set forth herein.

23.   Georgetown University Hospital and MedStar Health, by and through their agents, employees, and staff were negligent when they failed to act in accordance with the national hospital standard of care in this case.

24.     The negligence of Georgetown University Hospital and MedStar Health includes, but is not limited to, the following:

        a) Negligent hiring;

        b) Negligent training;

        c) Negligent supervision; and

        d) Negligent provision of hospital and medical services by its employees.

25.   As a direct and proximate result of the aforesaid negligence, Steven Avila is now left with severe, untreatable, and disabling pain.  He is now totally disabled as a result of this pain and unable to work.

26.     WHEREFORE, Steven Avila demands judgment against Georgetown University Hospital and MedStar Health for compensatory damages in in the full amount of $50,000,000, plus interest and costs incurred.

## JURY DEMAND

Plaintiff respectfully demands a jury trial.

Date:  November 17, 2015                              Respectfully  submitted,

                                                     */s/ Michael A. Tilghman II*

                                                     _____
                                                     James C. Bailey  (DC # 462391)
                                                     Michael A. Tilghman  II (DC # 988441)
                                                     BAILEY  &  EHRENBERG  PLLC
                                                     1015 18th Street NW
                                                     Suite  204
                                                     Washington,  DC  20036
                                                     T:  (202) 331-1331
                                                     F:  (202) 318-7071
                                                     jcb@becounsel.com
                                                     mat@becounsel.com

                                                     Michael M. Wilson,  Esquire  (DC # 941674)
                                                     Michael M. Wilson  &  Associates
                                                     1120 19th Street, N.W., Suite LL-11
                                                     Washington,  DC 20036-3642
                                                     T: (202) 223-4488
                                                     wilson@wilsonlaw.com

                                                     *Counsel for the Plaintiff*